IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Certification of Civil Rights Clinic Program )
       Duquesne University School of Law      )     Misc. No. 97-48
       Pursuant to LCvR 83.2.D                 )

ORDER OF COURT

AND NOW, to wit, this 2nd day of Nov, 2009, upon consideration of the Petition for Certification of the Bill of Rights, Civil Rights Litigation Clinic Program of the Duquesne University School of Law ("Clinic Program") pursuant to Local Rule 83.2.D, it is hereby ORDERED, ADJUDGED and DECREED that said Clinic Program, its Supervisors and Students (a new list of students to be filed with this Court each semester or year, as applicable), are certified by this Court and may appear and represent prisoner clients in accordance with Local Rule 83.2.D in cases within the jurisdiction of this Court.

By the Court,

/s/ Gary L. Lancaster
GARY L. LANCASTER
Chief United States District Judge