IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | 2:97-mc-00048-GLL |
| IN RE: | : |  |
|  | : |  |
|  | : | Electronically filed |
| CERTIFICATION OF CLINICAL | : |  |
| PROGRAMS OF THE UNIVERSITY | : |  |
| OF PITTSBURGH SCHOOL OF LAW | : |  |
| PURSUANT TO LCvR 83.2.D | : |  |

---

## ORDER OF COURT

AND NOW, this __26th__ day of __Feb_____, 2010, upon consideration of the Petition for Certification by United States District court for the Western District of Pennsylvania Pursuant to LCvR 83.2D, IT IS HEREBY ORDERED that the motion is GRANTED and Ivana Grujic and Kurt Hoffman are admitted as certified legal interns in Case No. 2:09-cv-01354 to represent Mary Beth Papciak o/b/o Wanda Papciak under the supervision of Professor Stella L. Smetanka of the University of Pittsburgh School of Law.

By the Court,

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge