IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| ) | |
| ) | |
| ) | 2:97-mc-00048-GLL |
| ) | |
| ) | |
| CERTIFICATION OF CLINICAL ) | |
| PROGRAMS OF THE UNIVERSITY ) | |
| OF PITTSBURGH SCHOOL OF LAW ) | |
| PURSUANT TO LCvR 83.2.D ) | |

## ORDER OF COURT

AND NOW, this ___29th___ day of October, 2010, upon consideration of the Petition for Certification by United States District Court for the Western District of Pennsylvania Pursuant to LCvR 83.2D, IT IS HEREBY ORDERED that the motion is GRANTED and Alyson Cyprowski and Megan McGovern are admitted as certified legal interns in Case No. 2:10-cv-00486 to represent Julie Brown, Plaintiff, under the supervision of Professor Stella L. Smetanka of the University of Pittsburgh School of Law.

By the Court,

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge