IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | ) |
| | ) |
| | ) 2:97-mc-00048 |
| | ) |
| CERTIFICATION OF CLINICAL | ) |
| PROGRAMS OF THE UNIVERSITY | ) |
| OF PITTSBURGH SCHOOL OF LAW | ) |
| PURSUANT TO LCvR 83.2.D | ) |

## ORDER OF COURT

AND NOW, this 13 day of Oct, 2011, upon consideration of the Petition for Certification by United States District Court for the Western District of Pennsylvania Pursuant to LCvR 83.2.D, it is hereby ORDERED that the motion is GRANTED and E. Vryce Hough and Mark R. Heberling are admitted as certified legal interns in Case No. 2:11-cv-00940-NBF to represent Clean Water Action, Plaintiff, under the supervision of Attorney Emily A. Collins of the University of Pittsburgh School of Law.

_____ C.J.