IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Certification of Civil Rights Clinic Program )
      Duquesne University School of Law      )      Misc. No. 97-48
      Pursuant to LCvR 83.2.D      )
      )      ELECTRONICALLY FILED

**ORDER GRANTING**
**MOTION FOR ORDER GRANTING LAW STUDENT ACCESS TO**
**ALLEGHENY COUNTY JAIL OR OTHER DETENTION FACILITY**
**FOR PURPOSES OF INTAKE INTERVIEW**

AND NOW this ___3rd___ day of ___May___, 2012, it is hereby Ordered, Adjudged and Decreed that the above-referenced motion be and the same is hereby granted. The Warden of the Allegheny County Jail or such other institution where William J. Kennedy, Plaintiff in Civil Action No. 12-113 is housed, is hereby requested and directed to permit Ms. Leighann Linza to enter the facility with Attorney Adrian N. Roe for purposes of interviewing inmate Kennedy.

_____
United States District Judge