IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In RE: Certification of Law School Clinical Practice ) 2:97-mc-00048
Programs Pursuant to LCvR 83.2 (D), )
Student Practice Rule )

## ORDER OF COURT

AND NOW, this 10th day of Sept, 2012, upon consideration of the Petition for Certification pursuant to LR 83.2.3, it is hereby ORDERED, ADJUDGED and DECREED that David A. Jones, Jr. and Aaron Jacob Yonash, third year law students at the University of Pittsburgh School of Law are hereby authorized to practice before the Court pursuant to the Student Practice Rule, under the supervision of Attorney and Clinical Professor of Law Stella Smetanka in the above captioned matter.

_____ J.