IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTIFICATION OF ) | |
| LAW SCHOOL CLINICAL PRACTICE ) | No. 2:97-mc-48-GLL |
| PROGRAM PURSUANT ) | |
| TO LR 83.2.D, STUDENT ) | |
| PRACTICE RULE ) | |

Electronically Filed

**ORDER GRANTING
MOTION TO CERTIFY DUQUESNE UNIVERITY SCHOOOL OF LAW
FEDERAL PRACTICE CLINIC AND TO TERMINATE PARTICIPATION OF
DUQUENSE UNIVERSITY SCHOOL OF LAW CLINCIAL LEGAL
EDUCATION PROGRAM AND DUQUESNE UNIVERSITY SCHOOL OF LAW,
BILL OF RIGHTS, CIVIL RIGHTS LITIGATION CLINIC**

AND NOW this 12th day of September, 2012, upon consideration of the above-captioned motion, IT IS HEREBY ORDERED that the same is GRANTED. All future Duquesne Law School student practice filings and other appearances shall be made through the Law School's Federal Practice Clinic operating under the supervision Adrian N. Roe and Samuel H. Simon.

The Clerk is requested and directed to correct the docket to reflect the participation of the Duquesne University School of Law Federal Practice Clinic and to terminate the participation of the Duquesne University School of Law Clinical Education Program and the Duquesne University School of Law, Bill of Rights, Civil Rights Litigation Clinic.

                                                                          s/Gary L. Lancaster
                                                    _____
                                                    Hon. Gary L. Lancaster,
                                                    Chief United States District Judge