IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: CERTIFICATION OF        )
LAW SCHOOL CLINICAL PRACTICE   )        No. 2:97-mc-48-GLL
PROGRAM PURSUANT               )
TO LR 83.2.D, STUDENT          )
 PRACTICE RULE                 )

                                        Electronically Filed

**ORDER GRANTING**
**MOTION TO CERTIFY DUQUESNE UNIVERITY SCHOOOL OF LAW**
**FEDERAL PRACTICE CLINIC AND TO TERMINATE PARTICIPATION OF**
**DUQUENSE UNIVERSITY SCHOOL OF LAW CLINCIAL LEGAL**
**EDUCATION PROGRAM AND DUQUESNE UNIVERSITY SCHOOL OF LAW,**
**BILL OF RIGHTS, CIVIL RIGHTS LITIGATION CLINIC**

        AND NOW this 12th day of September, 2012, upon consideration of the above-

captioned motion, IT IS HEREBY ORDERED that the same is GRANTED.  All

future Duquesne Law School student practice filings and other appearances shall be made

through the Law School's Federal Practice Clinic operating under the supervision Adrian N. Roe

and Samuel H. Simon.

        The Clerk is requested and directed to correct the docket to reflect the

participation of the Duquesne University School of Law Federal Practice Clinic and to

terminate the participation of the Duquesne University School of Law Clinical Education

Program and the Duquesne University School of Law, Bill of Rights, Civil Rights

Litigation Clinic.


                                         s/Gary L. Lancaster
                                _____
                                Hon. Gary L. Lancaster,
                                Chief United States District Judge


                                                                        1