IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| In RE: Certification of Law School Clinical Practice Programs Pursuant to LCvR 83.2 (D), Student Practice Rule | ) 2:97-mc-00048 ) ) ) |

**ORDER OF COURT**

AND NOW, this 2nd day of Oct, 2012, upon consideration of the Petition for Certification pursuant to LR 83.2.3, it is hereby ORDERED, ADJUDGED and DECREED that Amanda Brooke Bundick and Allison Brooke Dowling, third year law students at the University of Pittsburgh School of Law, are hereby authorized to practice before the Court pursuant to the Student Practice Rule, under the supervision of Attorney and Clinical Professor of Law Stella Smetanka in the case of *Trojanowski v. MetLife*, Civil Action: 2:12-cv-01084-CB.

_____ J.