IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: CERTIFICATION OF            )
LAW SCHOOL CLINICAL PRACTICE       )        No. 2:97-mc-48-GLL
PROGRAM PURSUANT                   )
TO LR 83.2.D, STUDENT              )
 PRACTICE RULE                     )

                                            Electronically Filed

**ORDER**

AND NOW, this ____ day of _____, 2012, it is hereby Ordered, Adjudged and

Decreed that Stephanie M. Noel, a third-year law student at Duquesne University School of Law,

is certified to engage in student practice pursuant to LCvR 83.2(D).

_____
United States District Judge