IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: CERTIFICATION OF )
LAW SCHOOL CLINICAL PRACTICE ) No. 2:97-mc-48-GLL
PROGRAM PURSUANT )
TO LR 83.2.D, STUDENT )
PRACTICE RULE )

Electronically Filed

**ORDER**

AND NOW, this 5th day of Oct, 2012, it is hereby Ordered, Adjudged and Decreed that Stephanie M. Noel, a third-year law student at Duquesne University School of Law, is certified to engage in student practice pursuant to LCvR 83.2(D).

_____
United States District Judge