IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CERTIFICATION OF LAW SCHOOL CLINICAL PRACTICE PROGRAM PURSUANT TO LR 83.2 D, STUDENT PRACTICE RULE | ) ) ) ) ) ) ) ) ) | No. 2:97-mc-48-GLL<br><br>Electronically Filed |

## ORDER

AND NOW, this 12 day of Oct, 2012, it is hereby Ordered, Adjudged and Decreed that David M. McCleary, a third-year law student at Duquesne University School of Law, is certified to engage in student practice pursuant to LCvR 83.2(D).

_____
United States District Judge