IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: CERTIFICATION OF )
LAW SCHOOL CLINICAL PRACTICE )
PROGRAM PURSUANT ) No. 2:97-mc-48-GLL
TO LR 83.2 D, STUDENT )
PRACTICE RULE )
)
) Electronically Filed
)
)

**ORDER**

AND NOW, this 12 day of Oct, 2012, it is hereby Ordered, Adjudged and Decreed that David M. McCleary, a third-year law student at Duquesne University School of Law, is certified to engage in student practice pursuant to LCvR 83.2(D).

_____
United States District Judge