IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: CERTIFICATION OF )
LAW SCHOOL CLINICAL PRACTICE ) No. 2:97-mc-48-GLL
PROGRAM PURSUANT )
TO LR 83.2.D, STUDENT )
PRACTICE RULE )

Electronically Filed

### ORDER GRANTING
### MOTION FOR CERTIFICATION OF MICHAEL NIZNIK
### TO ENGAGE IN STUDENT PRACTICE PURSUANT TO LCvR 83.2(D)

AND NOW this 22nd Oct, 12 it is hereby Ordered, Adjudged and Decreed that the above-captioned motion be and the same is hereby Granted. Michael Niznik is hereby certified to engaged in student practice before this Court.

_____
United States District Judge

1