IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: CERTIFICATION OF            )
LAW SCHOOL CLINICAL PRACTICE       )     No. 2:97-mc-48-GLL
PROGRAM PURSUANT                   )
TO LR 83.2D, STUDENT               )
PRACTICE RULE                      )

Electronically Filed

## ORDER

AND NOW, this _11_ day of March, 2013, upon consideration of the Motion for Certification to Engage in Student Practice [document #43], IT IS HEREBY ORDERED that the motion is GRANTED and Jesse A. Drumm, a second-year law student at Duquesne University School of Law, is certified to engage in student practice pursuant to LCvR 83.2(D).

_____,C.J.
Chief United States District Judge