# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTIFICATION OF LAW SCHOOL CLINICAL PRACTICE PROGRAMS PURSUANT TO LCvR 83.2(D), STUDENT PRACTICE RULE | Case No. 2:97-mc-48<br>Chief Judge Mark R. Hornak |

## **ORDER**

AND NOW this this 14th day of September, 2021, it is hereby Ordered, Adjudged, and Decreed that the Motion for Certification of Michael P. Quinlan and John S. Crockett to Engage in Student Practice (ECF #96) is GRANTED. It is ordered that Michael P. Quinlan and John S. Crockett are certified to practice pursuant to Local Civil Rule 83.2D(2).

BY THE COURT:

*/s/ Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge