IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Certification of Law School
Clinical Practice Programs Pursuant to
LCvR 83.2D

Case No. 2:97-MC-48

Chief Judge Mark R. Hornak

Movant: Duquesne University School
of Law, Federal Litigation Clinic

## ORDER

AND NOW, to wit, this __18__ day of __October__, 2022, upon consideration of the Motion for Certification of Federal Litigation Clinic Program of the Thomas R. Kline School of Law of Duquesne University the pursuant to Local Rule 83.2D, it is hereby ORDERED, ADJUDGED, and DECREED that said Clinic Program's eligible students are certified by this Honorable Court and may appear to represent Thorne Thomas in accordance with Local Rule 83.2D within the jurisdiction of this Court. Specifically, the Court admits to student practice Isaac Jeantete, Falco Muscante II, Madeline Olds, Gregory Thomas, Garrett Trettel.

Dated: __October, 18__, 2022

By the Court,

*/s/ Mark R. Hornak*
_____
Mark R. Hornak
Chief Judge