# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTIFICATION OF LAW SCHOOL CLINICAL PRACTICE PROGRAMS PURSUANT TO LCvR 83.2(D), STUDICE PRACTICE RULE ) ) ) ) ) | Case No. 2:97-mc-48<br>Chief Judge Mark R. Hornak |

## ORDER

AND NOW this 10th day of February 2023, it is hereby Ordered, Adjudged, and Decreed that the Motion for Certification of Jonathon Mawyer to Engage in Student Practice (ECF #100) is GRANTED. It is ordered that Jonathon Mawyer is certified to practice pursuant to Local Civil Rule 83.2D(2). Mr. Mawyer shall practice under the direct supervision of Michael Barill, who has been certified by this Court as the supervisor of the West Virginia College of Law's taxpayer assistance clinic, which clinic is under the management of Stephanie Coleman, the clinic's Program Director.

BY THE COURT:

 /s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge