# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTIFICATION OF LAW SCHOOL CLINICAL PRACTICE PROGRAMS PURSUANT TO LCvR 83.2(D), STUDENT PRACTICE RULE | ) ) Case No. 2:97-mc-0048 ) ) |

## ORDER

AND NOW this this 20th day of November 2025, upon consideration of the Motion to Certify Students Djibril Branche and Maddie Butler filed by the New York University School of Law Immigrant Rights Clinic, ECF No. 106, this Court finds that each student has met all Student Requirements set forth in Local Civil Rule 83.2(D)(2) of the Student Practice Rule, and

THEREFORE, IT IS HEREBY ORDERED that Djibril Branche and Maddie Butler are certified as eligible Students of the New York University School of Law Immigrant Rights Clinic for purposes of this Court's Student Practice Rule.

Pursuant to Section 5(A)(1) of the Student Practice Rule, this certification shall remain in effect for 18 months from the date of this Order.

*/s/ Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge