# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CERTIFICATION OF )<br>LAW SCHOOL CLINICAL PRACTICE )<br>PROGRAM PURSUANT TO LR 83.2(D), )<br>STUDENT PRACTICE RULE ) | No: 2:97-mc-0048 |

## ORDER

AND NOW this this 25th day of November 2025, upon consideration of the Motion for Certification (ECF No. 108) filed by the Rutgers Law School Constitutional Rights Clinic (the "Rutgers Clinic"), this Court finds that the Rutgers Clinic has met all Program Requirements set forth in Local Civil Rule 83.2(D)(3), the Student Practice Rule, and

THEREFORE, IT IS HEREBY ORDERED the Rutgers Clinic is a certified law school clinical practice program under the Student Practice Rule.

*/s/ Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge
